No. 79–884. TUCKER v. HARTFORD NATIONAL BANK & TRUST CO. Sup. Ct. Conn. Certiorari denied.

No. 79–908. TANKERSLEY ET AL. v. TRINITY PRESBYTERIAN CHURCH OF MONTGOMERY, ALA., ET AL. Sup. Ct. Ala. Certiorari denied.

No. 79–913. GONZALEZ v. DEPARTMENT OF HUMAN RESOURCES OF TEXAS. Ct. Civ. App. Tex., 13th Sup. Jud. Dist. Certiorari denied.

No. 79–924. THOMPSON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 79–937. VARGO v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 79–944. DAYTON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 79–951. WOODSIDE, ADMINISTRATRIX v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 79–974. MINNESOTA v. CLARK ET AL. Sup. Ct. Minn. Certiorari denied.

No. 79–991. HOWARD v. DES MOINES REGISTER & TRIBUNE CO. ET AL. Sup. Ct. Iowa. Certiorari denied.

No. 79–1024. AMERICAN CONTINENTAL HOMES, INC., ET AL. v. KFK CORP. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 79–1025. ATKINS v. WEST VIRGINIA. Sup. Ct. App. W. Va. Certiorari denied.

No. 79–1038. PALMER v. INDUSTRIAL COMMISSION OF THE STATE OF COLORADO ET AL. Ct. App. Colo. Certiorari denied.